**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA L. GUZMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN Commissioner<br>of the Social Security<br>Administration,<br><br>                    Defendant. | Case No. EDCV 15-0855 SS<br><br>**JUDGMENT** |

     IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.


DATED:  July 8, 2016

                              _____/S/_____
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE